| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| WESTERN DISTRICT OF NORTH CAROLINA |
| Case number *(if known)* _____    Chapter **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/24

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

**1. Debtor's name**    **Ilumivu, Inc.**

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**    **85-3221828**

**4. Debtor's address**

Principal place of business

**4 Long Shoals Road
Suite. B #636
Arden, NC 28704**
Number, Street, City, State & ZIP Code

**Buncombe**
County

Mailing address, if different from principal place of business

_____
P.O. Box, Number, Street, City, State & ZIP Code

Location of principal assets, if different from principal place of business

_____
Number, Street, City, State & ZIP Code

**5. Debtor's website (URL)**    **www.ilumivu.com**

**6. Type of debtor**
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor **Ilumivu, Inc.**     Case number (*if known*) _____
    Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
    **5419**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

Debtor **Ilumivu, Inc.**     Case number (*if known*) _____
     Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency _____
        Contact name _____
        Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Official Form 201      **Voluntary Petition for Non-Individuals Filing for Bankruptcy**      page 3

Debtor  **Ilumivu, Inc.**  Case number (*if known*)
Name

☐ $50,001 - $100,000         ☐ $10,000,001 - $50 million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000        ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million      ☐ $100,000,001 - $500 million    ☐ More than $50 billion

Debtor **Ilumivu, Inc.** Case number (*if known*)
Name

| | Request for Relief, Declaration, and Signatures |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **September 16, 2024**
MM / DD / YYYY

**X /s/ Lauren Flickinger**                                      **Lauren Flickinger**
Signature of authorized representative of debtor                 Printed name

Title    **CEO**

**18. Signature of attorney**

**X /s/ Richard S. Wright**                                      Date **September 16, 2024**
Signature of attorney for debtor                                 MM / DD / YYYY

**Richard S. Wright 24622**
Printed name

**Moon Wright & Houston, PLLC**
Firm name

**212 N. McDowell Street**
**Suite 200**
**Charlotte, NC 28204**
Number, Street, City, State & ZIP Code

Contact phone **704-944-6560**    Email address **rwright@mwhattorneys.com**

**24622 NC**
Bar number and State

**ILUMIVU, INC.**

**UNANIMOUS WRITTEN CONSENT
OF THE BOARD OF DIRECTORS
IN LIEU OF A MEETING**

**August 20, 2024**

The undersigned, being all of the members of the Board of Directors (the "**Board**") of Ilumivu, Inc., (the "**Corporation**"), and desiring to take action without a meeting by written consent as authorized by the Delaware General Corporation Law, do hereby adopt the following resolutions and consent to the actions contemplated therein effective as of the date first set forth above.

**CHAPTER 11 PROCEEDING**

**WHEREAS**, the Board has determined that it is advisable and in the best interest of the Corporation to file a petition for relief under Chapter 11 of Title 11, United States Code (the "**Bankruptcy Code**"), in the United States Bankruptcy Court for the Western District of North Carolina;

**WHEREAS**, the Board has determined that it is advisable and in the best interest of the Corporation to retain the law firm of Moon Wright & Houston, PLLC to render legal services to, and to represent the Corporation in connection with such Chapter 11 proceeding and other related matters in connection therewith;

**NOW THEREFORE BE IT RESOLVED**, that the filing by the Corporation of a petition for relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Western District of North Carolina is approved;

**FURTHER RESOLVED**, that the proper officers of the Corporation are hereby authorized, empowered, and directed to execute on behalf of the Corporation a petition for relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Western District of North Carolina, and any affidavits, declarations, forms, schedules, applications or any other pleadings or documents which in their judgment are necessary or appropriate in connection therewith;

**FURTHER RESOLVED**, that the retention on behalf of the Corporation of the law firm of Moon Wright & Houston, PLLC, upon such terms and conditions as the proper officers of the Corporation shall approve, to render legal services to, and to represent the Corporation in connection with such Chapter 11 proceeding and other related matters in connection therewith, is authorized and approved;

**FURTHER RESOLVED**, that the proper officers of the Corporation are hereby authorized to retain on behalf of the Corporation such other professionals as they deem necessary or appropriate, and upon such terms and conditions as the proper officers of the Corporation shall approve, to render services to the Corporation in connection with such Chapter 11 proceeding and with respect to other related matters in connection therewith;

## ENABLING RESOLUTIONS

**FURTHER RESOLVED**, that the proper officers of the Corporation are hereby authorized, empowered, and directed to take any and all further action and to execute and deliver any and all such further instruments and documents and to pay all such expenses (subject, when applicable, to Bankruptcy Court approval), where in their judgment may be necessary or appropriate in order to carry out fully the intent and to accomplish the purposes of the resolutions adopted herein;

**FURTHER RESOLVED**, that all actions taken by the proper officers of the Corporation prior to the date hereof in connection with the reorganization of the Corporation or any matter related thereto, or by virtue of these resolutions, are hereby in all respects ratified, confirmed, approved, and adopted as the actions of the Corporation effective as of the dates such actions were taken.

*[Signature page follows]*

IN WITNESS WHEREOF, the undersigned have executed this consent to be effective as of the date first written above. The Directors of the Corporation may execute this Unanimous Written Consent of the Board of Directors in one or more counterparts, each of which shall be deemed to be an original and both of which, when taken together, shall constitute one and the same instrument, effective as of the date first above written.

*Signed by: Lauren Flickinger*
_____
Lauren Flickinger

*Signed by: Daniel Ross*
_____
Daniel Ross

*DocuSigned by: Brad Wilson*
_____
Brad Wilson

*Signed by: Mark Tuomenoksa*
_____
Mark Tuomenoksa

**ALL OF THE DIRECTORS**

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | Ilumivu, Inc. |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF NORTH CAROLINA |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Carolina Logistics<br>4450 Parris Bridge Road<br>Boiling Springs, SC 29316 | | | | | | $5,200.00 |
| Cincinnati Children's Hospital<br>3333 Burnet Ave MLC5000<br>Cincinnati, OH 45229 | | Services | | | | $11,264.62 |
| Divvy<br>669 W. Quinn Bldg. #42<br>Pocatello, ID 83202 | | Credit Card | | | | $14,372.00 |
| Garmin<br>1200 E. 151st Street<br>Olathe, KS 66062 | | Trade Debt | | | | $33,885.03 |
| Kabbage<br>PO Box 981535<br>El Paso, TX 79998 | | Loan | Unliquidated Disputed | | | $7,611.32 |
| Lightstream<br>214 N Tryon Street<br>Charlotte, NC 28202 | | Loan | Disputed | | | $50,575.98 |
| Ridgefield Investments, LLC<br>PO Box 6580<br>Raleigh, NC 27628 | | Rent | | | | $5,361.47 |
| Small Business Administration<br>PO Box 3918<br>Portland, OR 97208-3918 | | Loan | | | | $17,118.96 |
| Smith Anderson<br>PO Box 2611<br>Raleigh, NC 27602 | | Services | | | | $20,138.63 |

Official form 204   Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims   page 1

Debtor **Ilumivu, Inc.** Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **SurveyMonkey Inc. (formerly Momentive Inc.) One Curiosity Way San Mateo, CA 94403** | | **Trade Debt** | **Disputed** | | | $11,449.00 |
| **Yun-De Xiao 2079 Waterford Village Dr Clemmons, NC 27012** | | **Services** | | | | $36,905.56 |

```
Carolina Logistics
4450 Parris Bridge Road
Boiling Springs, SC 29316


Cincinnati Children's Hospital
3333 Burnet Ave
MLC5000
Cincinnati, OH 45229


David Lilly
742 Paw Paw Cove
Sylva, NC 28779


Divvy
669 W. Quinn Bldg. #42
Pocatello, ID 83202


Earth Angel LLC
26 Carlisle Road
Chestnut Ridge, NY 10977


Garmin
1200 E. 151st Street
Olathe, KS 66062


Garmin International, Inc.
1200 E. 151st Street
Olathe, KS 66062-3426


Health Catalyst Capital Annex Fund I, LP
515 Madison Ave
New York, NY 10022


Health Catalyst Capital Annex Fund I, LP
516 Madison Ave
New York, NY 10022


Health Catalyst Capital Annex Fund I, LP
517 Madison Ave
New York, NY 10022


Health Catalyst Capital Annex Fund I, LP
518 Madison Ave
New York, NY 10022
```

Health Catalyst Capital Annex Fund I, LP
519 Madison Ave
New York, NY 10022

Health Catalyst Capital Annex Fund I, LP
520 Madison Ave
New York, NY 10022

Health Catalyst Capital Annex Fund I, LP
521 Madison Ave
New York, NY 10022

Health Catalyst Capital Annex Fund I, LP
522 Madison Ave
New York, NY 10022

Health Catalyst Capital Annex Fund I, LP
525 Madison Ave
New York, NY 10022

Health Catalyst Capital Annex Fund I, LP
526 Madison Ave
New York, NY 10022

Kabbage
PO Box 981535
El Paso, TX 79998

Kat Houghton
24 Davis Lane
Marshall, NC 28753

Lightstream
214 N Tryon Street
Charlotte, NC 28202

Pisgah Fund LLC
280 S Magnum St
Durham, NC 27701

Pisgah Fund LLC
281 S Magnum St
Durham, NC 27701

Pisgah Fund LLC
282 S Magnum St
Durham, NC 27701


Pisgah Fund LLC
285 S Magnum St
Durham, NC 27701


Pisgah Fund LLC
286 S Magnum St
Durham, NC 27701


Ridgefield Investments, LLC
PO Box 6580
Raleigh, NC 27628


Sandeep Goel
27 Bear Hollow Lane
Fairview, NC 28730


Scarab Funds, LLC
208 Murray St
Hillsborough, NC 27278


Small Business Administration
PO Box 3918
Portland, OR 97208-3918


Smith Anderson
PO Box 2611
Raleigh, NC 27602


SurveyMonkey Inc.
(formerly Momentive Inc.)
One Curiosity Way
San Mateo, CA 94403


Yun-De Xiao
2079 Waterford Village Dr
Clemmons, NC 27012

# United States Bankruptcy Court
## Western District of North Carolina

In re **Ilumivu, Inc.**
Debtor(s)

Case No.
Chapter **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Ilumivu, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **September 16, 2024** | **/s/ Richard S. Wright** |
| Date | **Richard S. Wright 24622** |
| | Signature of Attorney or Litigant |
| | Counsel for **Ilumivu, Inc.** |
| | **Moon Wright & Houston, PLLC** |
| | **212 N. McDowell Street** |
| | **Suite 200** |
| | **Charlotte, NC 28204** |
| | **704-944-6560 Fax:704-944-0380** |
| | **rwright@mwhattorneys.com** |