**Fill in this information to identify the case:**

Debtor name  **Ilumivu, Inc.**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known)  **24-10169**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☑ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **September 16, 2024**      X **/s/ Lauren Flickinger**

Signature of individual signing on behalf of debtor

**Lauren Flickinger**

Printed name

**CEO**

Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name **Ilumivu, Inc.**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known)   **24-10169**

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals          12/15

| Part 1: | Summary of Assets |
|---|---|

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*............................................................................................ $ **0.00**

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*......................................................................................... $ **8,153,935.00**

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*............................................................................................ $ **8,153,935.00**

| Part 2: | Summary of Liabilities |
|---|---|

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................. $ **1,250,144.46**

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................. $ **0.00**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................................. +$ **1,036,219.16**

4.  Total liabilities ......................................................................................................
   Lines 2 + 3a + 3b          $ **2,286,363.62**

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Ilumivu, Inc.** |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF NORTH CAROLINA |
| Case number (if known) | **24-10169** |

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property        12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | | |
| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1. **PNC Bank** | **Business Checking** | **9087** | $41,200.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | |
|---|---|
| | $41,200.00 |

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

**Security Deposit for Office Lease**
7.1. **Ridgefield Investments, LLC**                    $5,000.00

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

8.1. **See Schedules**                                  $54,684.00

| Debtor | **Ilumivu, Inc.** | Case number *(If known)* **24-10169** |
|--------|-------------------|---------------------------------------|
| | Name | |

9. **Total of Part 2.** | **$59,684.00**

Add lines 7 through 8. Copy the total to line 81.

---

**Part 3:**    **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

11a. 90 days old or less:    **177,620.00**    -    **0.00**  =....    **$177,620.00**

face amount      doubtful or uncollectible accounts

11b. Over 90 days old:    **53,331.00**    -    **0.00**  =....    **$53,331.00**

face amount      doubtful or uncollectible accounts

12. **Total of Part 3.** | **$230,951.00**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

---

**Part 4:**    **Investments**

**13. Does the debtor own any investments?**

☐ No. Go to Part 5.
■ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 14. | **Mutual funds or publicly traded stocks not included in Part 1**<br>Name of fund or stock: | | |
| 15. | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**<br>Name of entity:      % of ownership | | |
| 15.1. | **Cardiogram, Inc.**    **100%** % | **Tax records** | **$3,088,000.00** |
| 16. | **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**<br>Describe: | | |

17. **Total of Part 4.** | **$3,088,000.00**

Add lines 14 through 16.  Copy the total to line 83.

---

**Part 5:**    **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

---

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

---

| Debtor | **Ilumivu, Inc.** | Case number *(If known)* **24-10169** |
|---|---|---|
| | Name | |

☑ No. Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** See attached Schedule | $0.00 | Book | $17,004.00 |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| | $17,004.00 |
|---|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☑ No. Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

| Debtor | **Ilumivu, Inc.** | Case number *(If known)* **24-10169** |
|---|---|---|
| | Name | |

60. **Patents, copyrights, trademarks, and trade secrets**

61. **Internet domain names and websites**

62. **Licenses, franchises, and royalties**

63. **Customer lists, mailing lists, or other compilations**

64. **Other intangibles, or intellectual property**

65. **Goodwill**

| | | |
|---|---|---|
| **Goodwill** | $0.00 | **Tax records** | $550,683.00 |

66. **Total of Part 10.**

   Add lines 60 through 65. Copy the total to line 89.

   **$550,683.00**

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
   - ■ No
   - ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
   - ■ No
   - ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
   - ■ No
   - ☐ Yes

## Part 11:    All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.
   - ☐ No.  Go to Part 12.
   - ■ Yes Fill in the information below.

   **Current value of debtor's interest**

71. **Notes receivable**
   Description (include name of obligor)

| **Unsecured Note from Kate Houghton (former stockholder)** | 35,816.00 | - | 0.00 | = | $35,816.00 |
|---|---|---|---|---|---|
| | Total face amount | | doubtful or uncollectible amount | | |

72. **Tax refunds and unused net operating losses (NOLs)**
   Description (for example, federal, state, local)

| **Federal NOLs** | Tax year 2020 | $2,013.00 |
|---|---|---|
| **Federal NOLs** | Tax year 2021 | $1,679,591.00 |
| **Federal NOLs** | Tax year 2022 | $2,448,993.00 |

73. **Interests in insurance policies or annuities**

Debtor    **Ilumivu, Inc.**                                                    Case number *(If known)*  **24-10169**
_____
Name

74.    **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.    **Total of Part 11.**                                                  | **$4,166,413.00** |

Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

Debtor   **Ilumivu, Inc.** _____   Case number *(If known)* **24-10169**
　　　　　Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$41,200.00** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | **$59,684.00** | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | **$230,951.00** | |
| 83. **Investments.** *Copy line 17, Part 4.* | **$3,088,000.00** | |
| 84. **Inventory.** *Copy line 23, Part 5.* | **$0.00** | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$17,004.00** | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$0.00** | |
| 88. **Real property.** *Copy line 56, Part 9.* .......................................................> | | **$0.00** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$550,683.00** | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + **$4,166,413.00** | |
| 91. **Total.** Add lines 80 through 90 for each column | **$8,153,935.00** + 91b. | **$0.00** |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | **$8,153,935.00** |

## SCHEDULE A/B - QUESTION 41

| Equipment | Location | Cost | Book Value as of 7/31/2024 | Market Value |
|---|---|---|---|---|
| Apple Equipment | from S-Corp Kat/Mark | 3,824 | 1,083 | 0 |
| Refrigerator | Office | 1,724 | 805 | 402 |
| Printer/Copier | Kristin | 824 | 384 | 192 |
| MacBook | Mark T | 3,744 | 1,810 | 905 |
| MacBook | Kristin | 1,550 | 762 | 381 |
| Sony TV | Office | 693 | 341 | 170 |
| Huddly IQ Camera | Office | 637 | 340 | 170 |
| MacBook | Kristin | 1,789 | 954 | 477 |
| Mac Mini | Kristin | 961 | 512 | 256 |
| iPad Air | Mark T | 588 | 329 | 164 |
| Apple Mac Pro, mouse, fitbit, docking station | Kate | 3,320 | 1,895 | 948 |
| Apple Mac Pro, docking station | Willy Uriostegui Perez | 3,162 | 1,805 | 902 |
| Apple Mac Pro Docking Station/Keyboard/Monitor/Mouse | Kristin | 4,154 | 2,527 | 1,263 |
| Apple Mac Pro | Kristin | 2,840 | 1,728 | 864 |
| Dell Laptop/Mouse/Keyboard | Kristin | 782 | 476 | 238 |
| Macbook Pro 14 | Mihahi | 1,980 | 1,254 | 627 |
| | | 32,572 | 17,004 | 7,960 |
| | GL | 32,572 | 17,004 | |
| | | $0.00 | $0.00 | |

**Fill in this information to identify the case:**

Debtor name    **Ilumivu, Inc.**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known)    **24-10169**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1** | **Health Catalyst Capital Annex Fund I, LP**
Creditor's Name

**516 Madison Ave**
**New York, NY 10022**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Blanket Lien**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| $40,305.52 | $8,033,062.00 |

**2.2** | **Health Catalyst Capital Annex Fund I, LP**
Creditor's Name

**517 Madison Ave**
**New York, NY 10022**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**Blanket Lien**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

| $104,401.99 | $8,033,062.00 |

| Debtor | Ilumivu, Inc. | Case number (if known) | 24-10169 |
|---|---|---|---|
| | Name | | |

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.3** **Health Catalyst Capital Annex Fund I, LP**
Creditor's Name

518 Madison Ave
New York, NY 10022
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Blanket Lien**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$55,944.81   $8,033,062.00

---

**2.4** **Health Catalyst Capital Annex Fund I, LP**
Creditor's Name

519 Madison Ave
New York, NY 10022
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Blanket Lien**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$119,687.70   $8,033,062.00

---

**2.5** **Health Catalyst Capital Annex Fund I, LP**
Creditor's Name

520 Madison Ave
New York, NY 10022
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Blanket Lien**

**Describe the lien**

$79,058.77   $8,033,062.00

---

| Debtor | Ilumivu, Inc. | Case number (if known) | 24-10169 |
|---|---|---|---|
| | Name | | |

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.6 | **Health Catalyst Capital Annex Fund I, LP** | | $198,175.14 | $8,033,062.00 |
|---|---|---|---|---|

Creditor's Name

**521 Madison Ave
New York, NY 10022**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**

**Blanket Lien**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.7 | **Health Catalyst Capital Annex Fund I, LP** | | $197,851.75 | $8,033,062.00 |
|---|---|---|---|---|

Creditor's Name

**522 Madison Ave
New York, NY 10022**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**

**Blanket Lien**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

---

| Debtor | Ilumivu, Inc. | Case number (if known) | 24-10169 |
|---|---|---|---|
| | Name | | |

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | **Health Catalyst Capital Annex Fund I, LP** | Describe debtor's property that is subject to a lien | $135,180.00 | $8,033,062.00 |
|---|---|---|---|---|

Creditor's Name

**Blanket Lien**

**522 Madison Ave**
**New York, NY 10022**

Creditor's mailing address

Describe the lien

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **Pisgah Fund LLC** | Describe debtor's property that is subject to a lien | $11,625.04 | $8,033,062.00 |
|---|---|---|---|---|

Creditor's Name

**Blanket Lien**

**280 S Magnum St**
**Durham, NC 27701**

Creditor's mailing address

Describe the lien

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.10 | **Pisgah Fund LLC** | Describe debtor's property that is subject to a lien | $30,111.90 | $8,033,062.00 |
|---|---|---|---|---|

Creditor's Name

**Blanket Lien**

**280 S Magnum St**
**Durham, NC 27701**

Creditor's mailing address

Describe the lien

---

| Debtor | Ilumivu, Inc. | Case number (if known) | 24-10169 |
|---|---|---|---|
| | Name | | |

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.1 1 | **Pisgah Fund LLC** | Describe debtor's property that is subject to a lien | $16,135.75 | $8,033,062.00 |
|---|---|---|---|---|
| | Creditor's Name | **Blanket Lien** | | |

**280 S Magnum St**
**Durham, NC 27701**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.1 2 | **Pisgah Fund LLC** | Describe debtor's property that is subject to a lien | $34,520.64 | $8,033,062.00 |
|---|---|---|---|---|
| | Creditor's Name | **Blanket Lien** | | |

**280 S Magnum St**
**Durham, NC 27701**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

| Debtor | Ilumivu, Inc. | | Case number (if known) | 24-10169 |
|---|---|---|---|---|
| | Name | | | |

☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.1 3**

**Pisgah Fund LLC**
Creditor's Name

**280 S Magnum St**
**Durham, NC 27701**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an**
**interest in the same property?**
☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Describe debtor's property that is subject to a lien**
**Blanket Lien**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$22,802.34          $8,033,062.00

---

**2.1 4**

**Pisgah Fund LLC**
Creditor's Name

**281 S Magnum St**
**Durham, NC 27701**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an**
**interest in the same property?**
☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Describe debtor's property that is subject to a lien**
**Blanket Lien**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$57,158.19          $8,033,062.00

---

**2.1 5**

**Pisgah Fund LLC**
Creditor's Name

**282 S Magnum St**
**Durham, NC 27701**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Blanket Lien**

**Describe the lien**

$57,064.92          $8,033,062.00

---

| Debtor | Ilumivu, Inc. | Case number (if known) | 24-10169 |
|---|---|---|---|
| | Name | | |

| | |
|---|---|
| | Is the creditor an insider or related party? |
| Creditor's email address, if known | ■ No |
| | ☐ Yes |
| | Is anyone else liable on this claim? |
| Date debt was incurred | ■ No |
| | ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H) |
| Last 4 digits of account number | |
| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.16 | Pisgah Fund LLC | Describe debtor's property that is subject to a lien | $90,120.00 | $8,033,062.00 |
|---|---|---|---|---|
| | Creditor's Name | Blanket Lien | | |

**280 S Magnum St**
**Durham, NC 27701**
Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $1,250,144.46

## Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name **Ilumivu, Inc.**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF NORTH CAROLINA**

Case number (if known) **24-10169**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☑ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address<br>**Carolina Logistics**<br>**4450 Parris Bridge Road**<br>**Boiling Springs, SC 29316**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$5,200.00** |
| **3.2** | Nonpriority creditor's name and mailing address<br>**Cincinnati Children's Hospital**<br>**3333 Burnet Ave**<br>**MLC5000**<br>**Cincinnati, OH 45229**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Services**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$11,264.62** |
| **3.3** | Nonpriority creditor's name and mailing address<br>**David Lilly**<br>**742 Paw Paw Cove**<br>**Sylva, NC 28779**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Loan**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$65,050.00** |
| **3.4** | Nonpriority creditor's name and mailing address<br>**Divvy**<br>**669 W. Quinn Bldg. #42**<br>**Pocatello, ID 83202**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number **8192** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Credit Card**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$14,372.00** |

| Debtor | Ilumivu, Inc. | Case number *(if known)* | **24-10169** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$47,354.04** |
| | **Earth Angel LLC** | ☐ Contingent | |
| | **26 Carlisle Road** | ☐ Unliquidated | |
| | **Chestnut Ridge, NY 10977** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Loan__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$33,885.03** |
| | **Garmin** | ☐ Contingent | |
| | **1200 E. 151st Street** | ☐ Unliquidated | |
| | **Olathe, KS 66062** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Trade Debt__ | |
| | **Last 4 digits of account number** **7006** | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$155,937.36** |
| | **Health Catalyst Capital Annex Fund I, LP** | ☐ Contingent | |
| | **515 Madison Ave** | ☐ Unliquidated | |
| | **New York, NY 10022** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Loan__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$68,690.87** |
| | **Health Catalyst Capital Annex Fund I, LP** | ☐ Contingent | |
| | **525 Madison Ave** | ☐ Unliquidated | |
| | **New York, NY 10022** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Loan__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$221,388.79** |
| | **Health Catalyst Capital Annex Fund I, LP** | ☐ Contingent | |
| | **526 Madison Ave** | ☐ Unliquidated | |
| | **New York, NY 10022** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Loan__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,611.32** |
| | **Kabbage** | ☐ Contingent | |
| | **PO Box 981535** | ■ Unliquidated | |
| | **El Paso, TX 79998** | ■ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Loan__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50,575.98** |
| | **Lightstream** | ☐ Contingent | |
| | **214 N Tryon Street** | ☐ Unliquidated | |
| | **Charlotte, NC 28202** | ■ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Loan__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Ilumivu, Inc. | | Case number (if known) | 24-10169 |
|---|---|---|---|---|
| | Name | | | |

---

**3.12**

**Nonpriority creditor's name and mailing address**
**Pisgah Fund LLC**
**285 S Magnum St**
**Durham, NC 27701**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Loan**

Is the claim subject to offset? ■ No ☐ Yes

**$19,812.00**

---

**3.13**

**Nonpriority creditor's name and mailing address**
**Pisgah Fund LLC**
**286 S Magnum St**
**Durham, NC 27701**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Loan**

Is the claim subject to offset? ■ No ☐ Yes

**$63,853.53**

---

**3.14**

**Nonpriority creditor's name and mailing address**
**Ridgefield Investments, LLC**
**PO Box 6580**
**Raleigh, NC 27628**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Rent**

Is the claim subject to offset? ■ No ☐ Yes

**$5,361.47**

---

**3.15**

**Nonpriority creditor's name and mailing address**
**Scarab Funds, LLC**
**208 Murray St**
**Hillsborough, NC 27278**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Loan**

Is the claim subject to offset? ■ No ☐ Yes

**$180,250.00**

---

**3.16**

**Nonpriority creditor's name and mailing address**
**Small Business Administration**
**PO Box 3918**
**Portland, OR 97208-3918**

Date(s) debt was incurred _

Last 4 digits of account number  **7405**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Loan**

Is the claim subject to offset? ■ No ☐ Yes

**$17,118.96**

---

**3.17**

**Nonpriority creditor's name and mailing address**
**Smith Anderson**
**PO Box 2611**
**Raleigh, NC 27602**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

**$20,138.63**

---

**3.18**

**Nonpriority creditor's name and mailing address**
**SurveyMonkey Inc.**
**(formerly Momentive Inc.)**
**One Curiosity Way**
**San Mateo, CA 94403**

Date(s) debt was incurred _

Last 4 digits of account number  **8614**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$11,449.00**

---

| Debtor | Ilumivu, Inc. | | Case number (if known) | 24-10169 |
|---|---|---|---|---|
| | Name | | | |

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $36,905.56 |
|---|---|---|---|

**Yun-De Xiao**
**2079 Waterford Village Dr**
**Clemmons, NC 27012**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Services_

Is the claim subject to offset? ■ No ☐ Yes

---

### Part 3:    List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

---

### Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + $ | 1,036,219.16 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. $ | 1,036,219.16 |

---

| Fill in this information to identify the case: |
| --- |

Debtor name    **Ilumivu, Inc.**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known)    **24-10169**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |

| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **License Agreement** | |
| --- | --- | --- | --- |
| | State the term remaining | | **Garmin International, Inc.** |
| | List the contract number of any government contract | | **1200 E. 151st Street** **Olathe, KS 66062-3426** |

| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Nonresidential Real Property Lease** | |
| --- | --- | --- | --- |
| | State the term remaining | | **Ridgefield Investments, LLC** |
| | List the contract number of any government contract | | **PO Box 6580** **Raleigh, NC 27628** |

**Fill in this information to identify the case:**

Debtor name **Ilumivu, Inc.**

United States Bankruptcy Court for the: WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known) **24-10169**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Kat Houghton** | **24 Davis Lane**<br>**Marshall, NC 28753** | **Small Business Administration** | ☐ D _____<br>■ E/F __3.16__<br>☐ G _____ |
| 2.2 | **Sandeep Goel** | **27 Bear Hollow Lane**<br>**Fairview, NC 28730** | **Scarab Funds, LLC** | ☐ D _____<br>■ E/F __3.15__<br>☐ G _____ |
| 2.3 | **Sandeep Goel** | **27 Bear Hollow Lane**<br>**Fairview, NC 28730** | **Kabbage** | ☐ D _____<br>■ E/F __3.10__<br>☐ G _____ |
| 2.4 | **Sandeep Goel** | **27 Bear Hollow Lane**<br>**Fairview, NC 28730** | **Lightstream** | ☐ D _____<br>■ E/F __3.11__<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name  **Ilumivu, Inc.**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known)  **24-10169**

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                 04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From  **1/01/2024** to **Filing Date** | ■ Operating a business ☐ Other _____ | **$460,603.00** |
| **For prior year:** From  **1/01/2023** to **12/31/2023** | ■ Operating a business ☐ Other _____ | **$868,383.50** |
| **For year before that:** From  **1/01/2022** to **12/31/2022** | ■ Operating a business ☐ Other _____ | **$708,064.52** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From  **1/01/2024** to **Filing Date** | **Interest Earned** | **$110.58** |
| **For prior year:** From  **1/01/2023** to **12/31/2023** | **Interest Earned** | **$441.68** |
| **For year before that:** From  **1/01/2022** to **12/31/2022** | **Interest Earned** | **$643.93** |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

| Debtor | Ilumivu, Inc. | Case number *(if known)* 24-10169 |
|---|---|---|

3. **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.   **See attached Schedule** | | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.   **See attached Schedule** | | **$0.00** | |

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was<br>taken | Amount |
|---|---|---|---|

**Part 3:**  Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☑ None.

| Case title<br>Case number | Nature of case | Court or agency's name and<br>address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

| Debtor | Ilumivu, Inc. | Case number *(if known)* | 24-10169 |

■ None

<table>
<tr><td style="background:black;color:white">Part 4:</td><td>Certain Gifts and Charitable Contributions</td></tr>
</table>

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
| --- | --- | --- | --- |

<table>
<tr><td style="background:black;color:white">Part 5:</td><td>Certain Losses</td></tr>
</table>

10. All losses from fire, theft, or other casualty within 1 year before filing this case.

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
| --- | --- | --- | --- |

<table>
<tr><td style="background:black;color:white">Part 6:</td><td>Certain Payments or Transfers</td></tr>
</table>

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
| --- | --- | --- | --- | --- |
| 11.1. | **Northen Blue LLP<br>1414 Raleigh Road, Suite 435<br>Chapel Hill, NC 27514** | **Attorneys Fees** | **7/23/2024** | **$10,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.2. | **Moon Wright & Houston, PLLC<br>212 N. McDowell Street<br>Suite 200<br>Charlotte, NC 28204** | **Attorney Fees** | **9/6/24<br>9/16/24** | **$16,132.33** |
| | Email or website address<br>**rwright@mwhattorneys.com** | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

| Debtor | Ilumivu, Inc. | | Case number *(if known)* | 24-10169 |
|---|---|---|---|---|

Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **1200 Ridgefield Blvd. #170 Asheville, NC 28806** | **12/1/21 - 9/1/23** |
| 14.2. | **27 Bear Hollow Lane Fairview, NC 28730** | **5/1/21 - 4/2/24** |

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.

☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

■ Yes. Does the debtor serve as plan administrator?

    ☐ No Go to Part 10.

    ■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **401k Plan Held with Guideline - Ilumivu, Inc.** | EIN:  **85-3221828** |

Debtor    **Ilumivu, Inc.**                                                                    Case number (if known) **24-10169**

Has the plan been terminated?

■ No

☐ Yes

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

| Part 12: | Details About Environment Information |
|---|---|

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

| Debtor | Ilumivu, Inc. | Case number *(if known)* | 24-10169 |

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|
| 25.1.   **Cardiogram, Inc. 4 Long Shoals Road Ste. B #636 Arden, NC 28704** | **Software application integrated with wearables that monitor heart and other health patterns** | EIN:   81-1986447 From-To   10/6/2021 - Current |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.   **Susan Steinmann 51 Church Road Arnold, MD 21012** | **10/2021 - current** |
| 26a.2.   **Joe Maturo 24413 N. 73rd Street Scottsdale, AZ 85255** | **01/2024 - current** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

Debtor    **Ilumivu, Inc.**                                                        Case number *(if known)* **24-10169**

| Name and address | Date of service From-To |
|---|---|
| 26b.1.    **Susan Steinmann**<br>**51 Church Road**<br>**Arnold, MD 21012** | **Prepared financial statements** |

| Name and address | Date of service From-To |
|---|---|
| 26b.2.    **Aprio**<br>**2002 Summit Blvd., Suite 120**<br>**Atlanta, GA 30319** | **Prepared 2021 Audit** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Intuit - Online Application** | **Files located on Sharepoint** |
| 26c.2.    **Susan Steinmann**<br>**51 Church Road**<br>**Arnold, MD 21012** | |
| 26c.3.    **Joe Maturo**<br>**24413 N. 73rd Street**<br>**Scottsdale, AZ 85255** | |
| 26c.4.    **Pisgah Fund, LLC**<br>**280 S. Mangum Street**<br>**Suite 350**<br>**Durham, NC 27701** | |
| 26c.5.    **GreerWalker LLP**<br>**227 W. Trade Street, Suite 1100**<br>**Charlotte, NC 28202** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.    **Scarab Green Real Estate Asset**<br>**208 Murray Street**<br>**Hillsborough, NC 27278** |
| 26d.2.    **Health Catalyst Capital**<br>**515 Madison Avenue**<br>**New York, NY 10022** |
| 26d.3.    **Pisgah Fund LLC**<br>**280 S. Mangum St.**<br>**Suite 350**<br>**Durham, NC 27701** |
| 26d.4.    **Knightsgate Ventures SPV Opportunities L**<br>**2 Pine Lodge Place**<br>**Spring, TX 77382** |
| 26d.5.    **DFV Capital LLC**<br>**10505 Circle Drive**<br>**Austin, TX 78736** |

| Debtor | Ilumivu, Inc. | Case number *(if known)* | 24-10169 |

| Name and address | |
|---|---|
| 26d.6. | **Sharon Schendel**<br>**42 Juanita Avenue**<br>**Mill Valley, CA 94941** |

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Lauren Flickinger | 460 Lynn Cove Road<br>Asheville, NC 28804 | CEO/Director | None |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Brad Wilson | 515 Madison Avenue<br>New York, NY 10022 | Director | None |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Dan Ross | 515 Madison Avenue<br>New York, NY 10022 | Director | None |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Mark Tuomenoksa | 9 Charles Marlow Drive<br>Fairview, NC 28730 | Director | 13.7% |

## 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No

☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Sandeep Goel | 27 Bear Hollow Lane<br>Fairview, NC 28730 | CEO | 10/5/21 - 4/2/24 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Thomas David Smith | 307 Hunters Circle<br>Greenville, SC 29617 | President | 5/1/21 - 6/30/23 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Kevin McCarthy d/b/a OSI Holding, LLC | 1551 Dunwoody Village Pkwy.<br>Unit 888472<br>Atlanta, GA 30356 | Director | 10/12/21 - 2/15/24 |

| Debtor | Ilumivu, Inc. | | | Case number (if known) | 24-10169 |
|--------|----|----|----|----|----|

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| Marc Jackson | 1013 Valley Rose Way Durham, NC 27712 | Director | 11/27/23 - 6/30/24 |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|--------------------------------|------------------------------------------------------|-------|--------------------------------|
| 30.1. | See attached Schedule | | | |
| | **Relationship to debtor** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|--------------------------|----------------------------------------------------|

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September 16, 2024**

**/s/ Lauren Flickinger**                                   **Lauren Flickinger**
Signature of individual signing on behalf of the debtor     Printed name

Position or relationship to debtor    **CEO**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
■ Yes

Ilumivu, Inc - SOFA

**#3 - Certain Payments or Transfers to Creditors within 90 Days Before Filing**

**Ilumivu, Inc.**
**General Ledger**
**June 17 - September 15, 2024**

| Date | Transaction Type | Num | Name | Amount |
|------|------------------|-----|------|--------|
| 07/02/2024 | Bill Payment (Check) | | BCBS | $ (11,721.84) |
| 07/29/2024 | Bill Payment (Check) | | BCBS | (10,988.83) |
| 08/26/2024 | Bill Payment (Check) | | BCBS | (10,988.83) |
| 09/13/2024 | Journal Entry | 2470 | BCBS | (8,758.83) |
| | | | | $ (42,458.33) |
| | | | | |
| 06/27/2024 | Expense | | Cardiogram | $ (10,000.00) |
| | | | | $ (10,000.00) |
| | | | | |
| 06/18/2024 | Journal Entry | 2352 | Clevertap | $ (27,751.50) |
| | | | | $ (27,751.50) |
| | | | | |
| 06/17/2024 | Expense | | Divvy | $ (20,479.59) |
| 07/16/2024 | Expense | | Divvy | (15,780.05) |
| | | | | $ (36,259.64) |
| | | | | |
| 07/05/2024 | Bill Payment (Check) | | Dnamic Source LLC | $ (29,440.00) |
| 08/01/2024 | Bill Payment (Check) | | Dnamic Source LLC | (31,680.00) |
| 09/04/2024 | Bill Payment (Check) | | Dnamic Source LLC | (32,960.00) |
| | | | | $ (94,080.00) |
| | | | | |
| 09/13/2024 | Journal Entry | 2468 | Epic - D&O | $ (41,627.83) |
| | | | | $ (41,627.83) |
| | | | | |
| 07/05/2024 | Bill Payment (Check) | | Garmin International Inc | $ (7,000.00) |
| 09/03/2024 | Journal Entry | 2456 | Garmin International Inc | (5,849.40) |
| 09/05/2024 | Journal Entry | 2464 | Garmin International Inc | (2,437.25) |
| | | | | $ (15,286.65) |
| | | | | |
| 08/19/2024 | Bill Payment (Check) | | GreerWalker LLP | $ (15,000.00) |
| 09/09/2024 | Bill Payment (Check) | | GreerWalker LLP | (15,000.00) |
| | | | | $ (30,000.00) |
| | | | | |
| 06/18/2024 | Expense | | Guideline 401K | $ (1,470.31) |
| 07/02/2024 | Expense | | Guideline 401K | (2,001.04) |
| 07/18/2024 | Expense | | Guideline 401K | (2,117.56) |
| 07/30/2024 | Expense | | Guideline 401K | (30,016.68) |
| 08/06/2024 | Expense | | Guideline 401K | (2,138.58) |
| 08/20/2024 | Expense | | Guideline 401K | (1,666.12) |
| 09/04/2024 | Expense | | Guideline 401K | (1,809.40) |
| | | | | $ (41,219.69) |
| | | | | |
| 07/05/2024 | Bill Payment (Check) | | Health Catalyst Capital Management, LLC | $ (1,234.93) |
| 08/30/2024 | Bill Payment (Check) | | Health Catalyst Capital Management, LLC | (37,300.00) |
| | | | | $ (38,534.93) |
| | | | | |
| 06/24/2024 | Journal Entry | 2359 | Kabbage | $ (9,245.28) |
| | | | | $ (9,245.28) |
| | | | | |
| 08/06/2024 | Bill Payment (Check) | | Moon Wright & Houston | $ (31,738.00) |
| | | | | $ (31,738.00) |
| | | | | |
| 07/23/2024 | Bill Payment (Check) | | Northen Blue LLP | $ (10,000.00) |
| | | | | $ (10,000.00) |
| | | | | |
| 07/09/2024 | Expense | | Patrick Boyle | $ (7,692.31) |
| | | | | $ (7,692.31) |

Confidential
Attorney's Eyes Only

**Ilumivu, Inc. SOFA**
**#3 - Certain Payments or Transfers to Creditors within 90 Days Before Filing**

**Ilumivu, Inc.**
**General Ledger**
**June 17 - September 15, 2024**

| Date | Transaction Type | Num | Name | Amount |
|---|---|---|---|---|
| 08/29/2024 | Bill Payment (Check) | | Pisgah Fund LLC | $ (15,000.00) |
| | | | | $ (15,000.00) |
| 07/03/2024 | Bill Payment (Check) | | Reinfied | $ (6,100.00) |
| 08/02/2024 | Bill Payment (Check) | | Reinfied | (6,100.00) |
| 09/03/2024 | Bill Payment (Check) | | Reinfied | (6,100.00) |
| | | | | $ (18,300.00) |
| 07/29/2024 | Bill Payment (Check) | | Salesforce, Inc. | $ (20,935.98) |
| | | | | $ (20,935.98) |
| 06/28/2024 | Journal Entry | 2381 | Sandeep Goel | $ (51,042.00) |
| 07/01/2024 | Bill Payment (Check) | | Sandeep Goel | (101,469.54) |
| | | | | $ (152,511.54) |
| 07/05/2024 | Bill Payment (Check) | | ScyllaDB Inc. | $ (10,000.00) |
| 07/15/2024 | Bill Payment (Check) | | ScyllaDB Inc. | (58,826.20) |
| 08/29/2024 | Bill Payment (Check) | | ScyllaDB Inc. | (30,666.45) |
| | | | | $ (99,492.65) |

Confidential
Attorney's Eyes Only

**#4 Payments or Other Transfers of Property Made Within 1 Year Before Filing That Benefitted Any Insider**

**Ilumivu, Inc.**
**General Ledger**
**September 16, 2023 - September 15, 2024**

| Date | Transaction type | Num | Name | Amount |
|------|------------------|-----|------|--------|
| 10/02/2023 | Journal Entry | 1542 | Earth Angel LLC | $    (4,665.00) |
| 11/01/2023 | Journal Entry | 1648 | Earth Angel LLC | (4,665.00) |
| 12/07/2023 | Journal Entry | 1768 | Earth Angel LLC | (4,665.00) |
| 01/04/2024 | Expense | | Earth Angel LLC | (4,665.00) |
| | | | | $  (18,660.00) |
| | | | | |
| 10/02/2023 | Journal Entry | 1543 | OSI | $    (4,166.67) |
| 11/01/2023 | Journal Entry | 1647 | OSI | (4,166.67) |
| 11/28/2023 | Journal Entry | 1733 | OSI | (4,166.67) |
| 12/15/2023 | Journal Entry | 1818 | OSI | (4,166.67) |
| 12/27/2023 | Journal Entry | 1858 | OSI | (4,166.67) |
| 01/04/2024 | Expense | | OSI | (4,166.67) |
| | | | | $  (25,000.02) |
| | | | | |
| 11/27/2023 | Check | 10017 | Sandeep Goel | $  (10,000.00) |
| 12/01/2023 | Check | 10019 | Sandeep Goel | (2,200.00) |
| 12/18/2023 | Check | 10022 | Sandeep Goel | (10,000.00) |
| 01/03/2024 | Check | 10026 | Sandeep Goel | (7,000.00) |
| 02/07/2024 | Check | 10025 | Sandeep Goel | (4,000.00) |
| 04/17/2024 | Journal Entry | 2184 | Sandeep Goel | (3,265.00) |
| | | | | $  (36,465.00) |
| | | | | |
| 09/24/2023 | Journal Entry | 1345 | Scarab Global Community Impact Fund | $    (1,750.00) |
| 10/05/2023 | Bill Payment (Check) | | Scarab Global Community Impact Fund | (1,750.00) |
| 10/31/2023 | Bill Payment (Check) | | Scarab Global Community Impact Fund | (1,750.00) |
| 11/29/2023 | Bill Payment (Check) | | Scarab Global Community Impact Fund | (1,750.00) |
| 12/19/2023 | Bill Payment (Check) | | Scarab Global Community Impact Fund | (1,750.00) |
| 02/01/2024 | Bill Payment (Check) | | Scarab Global Community Impact Fund | (1,750.00) |
| 03/28/2024 | Bill Payment (Check) | | Scarab Global Community Impact Fund | (1,750.00) |
| 05/06/2024 | Bill Payment (Check) | | Scarab Global Community Impact Fund | (1,750.00) |
| 05/29/2024 | Bill Payment (Check) | | Scarab Global Community Impact Fund | (1,750.00) |
| 07/05/2024 | Bill Payment (Check) | | Scarab Global Community Impact Fund | (1,750.00) |
| | | | | $  (17,500.00) |

Confidential
Attorney's Eyes Only

**Ilumivu, Inc.**
**#30 Payments, Distributions, or Withdrawals Credited or Given to Insiders**

**Ilumivu, Inc.**
**General Ledger**
**September 16, 2023 - September 15, 2024**

| Date | Transaction type | Num | Name | Amount |
|------|------------------|-----|------|--------|
| 9/28/2023 | Journal Entry | 1534 | Mark Tuomenoksa | $    (4,799.46) |
| 10/15/2023 | Journal Entry | 1585 | Mark Tuomenoksa | (4,788.46) |
| 10/30/2023 | Journal Entry | 1636 | Mark Tuomenoksa | (4,788.47) |
| 11/15/2023 | Journal Entry | 1677 | Mark Tuomenoksa | (4,788.47) |
| 11/28/2023 | Journal Entry | 1731 | Mark Tuomenoksa | (4,788.46) |
| 12/13/2023 | Journal Entry | 1805 | Mark Tuomenoksa | (4,788.47) |
| 12/27/2023 | Journal Entry | 1855 | Mark Tuomenoksa | (5,168.27) |
| 01/10/2024 | Journal Entry | 1920 | Mark Tuomenoksa | (4,826.87) |
| 01/24/2024 | Journal Entry | 1967 | Mark Tuomenoksa | (4,826.86) |
| 02/15/2024 | Journal Entry | 2004 | Mark Tuomenoksa | (4,826.87) |
| 03/05/2024 | Journal Entry | 2065 | Mark Tuomenoksa | (4,826.87) |
| 03/15/2024 | Journal Entry | 2085 | Mark Tuomenoksa | (4,826.87) |
| 04/04/2024 | Journal Entry | 2162 | Mark Tuomenoksa | (4,826.87) |
| 04/12/2024 | Journal Entry | 2173 | Mark Tuomenoksa | (4,826.86) |
| 04/29/2024 | Journal Entry | 2215 | Mark Tuomenoksa | (4,826.87) |
| 05/13/2024 | Journal Entry | 2266 | Mark Tuomenoksa | (4,826.86) |
| 05/29/2024 | Journal Entry | 2310 | Mark Tuomenoksa | (4,826.88) |
| 06/12/2024 | Journal Entry | 2334 | Mark Tuomenoksa | (4,826.87) |
| 06/27/2024 | Journal Entry | 2356 | Mark Tuomenoksa | (4,826.86) |
| 07/12/2024 | Journal Entry | 2395 | Mark Tuomenoksa | (4,826.87) |
| 07/29/2024 | Journal Entry | 2419 | Mark Tuomenoksa | (4,826.87) |
| 08/14/2024 | Journal Entry | 2435 | Mark Tuomenoksa | (186.77) |
| 08/29/2024 | Journal Entry | 2453 | Mark Tuomenoksa | (186.74) |
| 09/12/2024 | Journal Entry | 2466 | Mark Tuomenoksa | (186.75) |
|  |  |  |  | $   (102,046.47) |
|  |  |  |  |  |
| 9/28/2023 | Journal Entry | 1534 | Katherine J. Houghton | $    (2,638.43) |
| 10/15/2023 | Journal Entry | 1585 | Katherine J. Houghton | (2,638.34) |
| 10/30/2023 | Journal Entry | 1636 | Katherine J. Houghton | (2,638.35) |
| 11/15/2023 | Journal Entry | 1677 | Katherine J. Houghton | (2,638.33) |
| 11/28/2023 | Journal Entry | 1731 | Katherine J. Houghton | (2,638.34) |
| 12/13/2023 | Journal Entry | 1805 | Katherine J. Houghton | (2,638.34) |
| 12/27/2023 | Journal Entry | 1855 | Katherine J. Houghton | (2,638.35) |
| 01/10/2024 | Journal Entry | 1920 | Katherine J. Houghton | (2,682.15) |
| 01/24/2024 | Journal Entry | 1967 | Katherine J. Houghton | (2,682.16) |
| 02/15/2024 | Journal Entry | 2004 | Katherine J. Houghton | (2,682.14) |
| 03/05/2024 | Journal Entry | 2065 | Katherine J. Houghton | (2,682.14) |
| 03/15/2024 | Journal Entry | 2085 | Katherine J. Houghton | (2,682.15) |
| 04/04/2024 | Journal Entry | 2162 | Katherine J. Houghton | (2,682.16) |
| 04/12/2024 | Journal Entry | 2173 | Katherine J. Houghton | (1,886.18) |
|  |  |  |  | $    (36,447.56) |
|  |  |  |  |  |
| 01/10/2024 | Journal Entry | 1920 | Sandeep Goel | $   (10,125.95) |
| 01/24/2024 | Journal Entry | 1967 | Sandeep Goel | (10,125.94) |
| 02/15/2024 | Journal Entry | 2004 | Sandeep Goel | (10,125.95) |
| 03/07/2024 | Journal Entry | 2075 | Sandeep Goel | (10,125.94) |
| 03/15/2024 | Journal Entry | 2085 | Sandeep Goel | (10,125.96) |
| 04/04/2024 | Journal Entry | 2162 | Sandeep Goel | (10,125.94) |
| 04/04/2024 | Journal Entry | 2163 | Sandeep Goel | (1,497.74) |
| 04/04/2024 | Journal Entry | 2163 | Sandeep Goel | (147.59) |
| 06/28/2024 | Journal Entry | 2373 | Sandeep Goel | (87,732.50) |
|  |  |  |  | $   (150,133.51) |

Confidential
Attorney's Eyes Only

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Western District of North Carolina

In re  **Ilumivu, Inc.** _____    Case No. _____

Debtor(s)                         Chapter   **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|  |  |  |
|---|---|---|
| For legal services, I have agreed to accept | $ | **Normal Hourly Rates** |
| Prior to the filing of this statement I have received | $ | **31,738.00** |
| Balance Due | $ | **0.00** |

2.  The source of the compensation paid to me was:

   ■ Debtor    ☐ Other (specify):

3.  The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.  [Other provisions as needed]
      **Debtor paid a trust deposit of $31,738.00.  $16,132.33 was applied to pre-petition work. $15,605.67 remains on account for post-petition work.  Debtor has agreed to pay post-petition fees and expenses as approved by the Bankruptcy Court.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
      **Continued representation of the Debtor in the event the case is converted from Chapter 11 to another Chapter of the Bankruptcy Code; appeals of rulings by the Bankruptcy Court.**

---

**CERTIFICATION**

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**September 16, 2024** _____        **/s/ Richard S. Wright** _____
_Date_                              **Richard S. Wright 24622**
                              _Signature of Attorney_
                              **Moon Wright & Houston, PLLC**
                              **212 N. McDowell Street**
                              **Suite 200**
                              **Charlotte, NC 28204**
                              **704-944-6560  Fax: 704-944-0380**
                              **rwright@mwhattorneys.com**
                              _Name of law firm_

---

## United States Bankruptcy Court
### Western District of North Carolina

In re  **Ilumivu, Inc.**

Debtor(s)

Case No.  **24-10169**

Chapter  **11**

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **See attached Schedule** | | | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **CEO** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **September 16, 2024**

Signature  **/s/ Lauren Flickinger**

**Lauren Flickinger**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

## Ilumivu, Inc. - Cap Table as of Dec 31, 2023
### (Issued and Outstanding Shares)

| Investor | Options | Common | Series A | CSE | % CSE |
|---|---|---|---|---|---|
| Katherine J. Houghton | -- | 14,262,500 | -- | 14,262,500 | 13.70% |
| Mark Tuomenoksa | -- | 14,262,500 | -- | 14,262,500 | 13.70% |
| Thomas David Smith | -- | 14,262,500 | -- | 14,262,500 | 13.70% |
| SourceFlow Capital, LLLP (Sandeep Goel) | -- | 14,262,500 | -- | 14,262,500 | 13.70% |
| David Lilly | -- | 2,450,000 | -- | 2,450,000 | 2.30% |
| Earth Angel, LLC | -- | 1,750,000 | -- | 1,750,000 | 1.70% |
| Sharon Schendel | -- | 57,541 | 172,623 | 230,164 | 0.20% |
| The F. Colby Lewis III Revocable Trust | -- | 57,541 | 172,623 | 230,164 | 0.20% |
| Innokentiy Belotskiy | -- | 28,006 | 84,020 | 112,026 | 0.10% |
| Elias Bingham (Part of Scarab Fund Group) | -- | 55,185 | 165,555 | 220,740 | 0.20% |
| Grant Robert Jensen (Part of Scarab Fund Group) | -- | 11,037 | 33,111 | 44,148 | 0.00% |
| Michael Laybold (Part of Scarab Fund Group) | -- | 11,037 | 33,111 | 44,148 | 0.00% |
| Stephanie Stevie Barile (Part of Scarab Fund Group) | -- | 11,037 | 33,111 | 44,148 | 0.00% |
| Max J Jang (Part of Scarab Fund Group) | -- | 11,032 | 33,097 | 44,129 | 0.00% |
| Scarab Funds LLC (For Scarab Green Real Asset Fund) | -- | 82,673 | 248,018 | 330,691 | 0.30% |
| Angelina Bellochio  (Part of Scarab Fund Group) | -- | 1,102 | 3,304 | 4,406 | 0.00% |
| Candor Bourne (Part of Scarab Fund Group) | -- | 11,016 | 33,048 | 44,064 | 0.00% |
| Catherine King (Part of Scarab Fund Group) | -- | 11,016 | 33,048 | 44,064 | 0.00% |
| Christina Beck (Part of Scarab Fund Group) | -- | 1,102 | 3,304 | 4,406 | 0.00% |
| George Benjamin Bingham (Part of Scarab Fund Group) | -- | 27,540 | 82,620 | 110,160 | 0.10% |
| Marnita Butler  (Part of Scarab Fund Group) | -- | 1,102 | 3,304 | 4,406 | 0.00% |
| Nathan Bingham (Part of Scarab Fund Group) | -- | 2,203 | 6,609 | 8,812 | 0.00% |
| Knightsgate Ventures II, LP | -- | 163,667 | 490,998 | 654,665 | 0.60% |
| KOPIS Ventures, LLC | -- | 12,989 | 38,969 | 51,958 | 0.00% |
| Health Catalyst Capital, L.P. | -- | -- | 27,675,079 | 27,675,079 | 26.50% |
| TaChung Hsieh | -- | 928,904 | -- | 928,904 | 0.90% |
| ScopeAI, LLC | -- | 738,852 | -- | 738,852 | 0.70% |
| Alnico II, LLC | -- | 159,642 | -- | 159,642 | 0.20% |
| Elad Gil | -- | 121,642 | -- | 121,642 | 0.10% |
| Justin Palmer | -- | 48,380 | -- | 48,380 | 0.00% |
| Othman Laraki | -- | 60,821 | -- | 60,821 | 0.10% |
| The Scott Family Trust | -- | 152,053 | -- | 152,053 | 0.10% |
| Homebrew, LLC | -- | 121,642 | -- | 121,642 | 0.10% |
| Joshua Reeves | -- | 60,821 | -- | 60,821 | 0.10% |
| Homebrew Ventures II, L.P. | -- | 355,251 | -- | 355,251 | 0.30% |
| Mint I Investments | -- | 176,934 | -- | 176,934 | 0.20% |
| The Durant Company LLC | -- | 176,934 | -- | 176,934 | 0.20% |
| OSI Holdings, LLC | -- | 689,767 | -- | 689,767 | 0.70% |

| | | | | |
|---|---|---|---|---|
| DFV Capital | -- | 318,066 -- | 318,066 | 0.30% |
| Scarab Funds LLC (For Scarab Green Real Asset Fund) | -- | 477,099 -- | 477,099 | 0.46% |
| Health Watch SPV – Knightsgate Ventures SPV Opportunities LLC | -- | 493,002 -- | 493,002 | 0.47% |
| Sharon Schendel | -- | 159,033 -- | 159,033 | 0.15% |
| The Pisgah Fund | -- -- | 7,982,120 | 7,982,120 | 7.60% |
| **TOTAL** | **--** | **67,045,669  37,327,672** | **104,373,341** | **######** |

**United States Bankruptcy Court**
**Western District of North Carolina**

In re    **Ilumivu, Inc.**                                                        Case No.    **24-10169**
                                              Debtor(s)          Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **September 16, 2024**                    **/s/ Lauren Flickinger**
                                                        **Lauren Flickinger**/**CEO**
                                                        Signer/Title

# United States Bankruptcy Court
## Western District of North Carolina

In re   **Ilumivu, Inc.**                                                 Case No.   **24-10169**
                                        Debtor(s)                        Chapter    **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Ilumivu, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**September 16, 2024**                          **/s/ Richard S. Wright**
Date                                            **Richard S. Wright 24622**
                                                Signature of Attorney or Litigant
                                                Counsel for   **Ilumivu, Inc.**
                                                **Moon Wright & Houston, PLLC**
                                                **212 N. McDowell Street**
                                                **Suite 200**
                                                **Charlotte, NC 28204**
                                                **704-944-6560 Fax:704-944-0380**
                                                **rwright@mwhattorneys.com**